# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARIA JIMENEZ,

Defendant.

Case No.: 2:18-mj-0223-PAL

ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MARIA JIMENEZ
(ID#) 0001076474

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **MARIA JIMENEZ** before the United States District Court at Las Vegas, Nevada, on or about February 21, 2018, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 14, 2018

_____
UNITED STATES MAGISTRATE JUDGE

FILED 2018 FEB 14 PM 3:54 U.S. MAGISTRATE JUDGE

DAYLE ELIESON
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: 702-388-6336
FAX: (702) 388-6418
brandon.jaroch@usdoj.gov

Attorney for the United States

FILED
2018 FEB 14 PM 3:54
U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA JIMENEZ,<br><br>Defendant. | Case No.: 2:18-mj-0223-PAL<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MARIA JIMENEZ<br>(ID#) 01072594 |

The petition of the United States Attorney for the District of Nevada respectfully shows that **MARIA JIMENEZ** is committed by due process of law in the custody of the Warden, Henderson Detention Center, Henderson, Nevada, that it is necessary that the said **MARIA JIMENEZ** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **MARIA JIMENEZ** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _____February 21, 2018_____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **MARIA JIMENEZ** before the United States District Court on or about February 21, 2018, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Henderson Detention Center, Henderson, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **MARIA JIMENEZ** before the United States District Court on or about February 21, 2018, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Henderson Detention Center, Henderson, Nevada.

DATED this 14 day of February, 2018

Respectfully submitted,

DAYLE ELIESON
United States Attorney

BRANDON C. JAROCH
Assistant United States Attorney